IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-464-D

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC H. HOLDER, JR., | ) | |
| United States Attorney General, | ) | |
| | ) | |
| Defendant. | ) | |

On March 18, 2011, plaintiff, appearing pro se, filed a motion for voluntary dismissal without prejudice [D.E. 12]. Good cause exists. Plaintiff's motion for voluntary dismissal without prejudice [D.E. 12] is GRANTED.

SO ORDERED. This 19 day of April 2011.

JAMES C. DEVER III
United States District Judge